July 11, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

JAMES HOLLOMAN MAXWELL AND ALL OCCUPANTS, Appellants

NO. 14-12-00209-CV                          V.

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR JP MORGAN MORTGAGE ACQUISITION TRUST 2006-HE3 ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-HE3, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, US Bank National Association, as Trustee for JP Morgan Mortgage Acquisition Trust 2006-HE3 Asset backed pass-through Certificates Series 2006-HE3, signed February 28, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, James Holloman Maxwell, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.